UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 11-cr-43-01-JL

<u>James Spaulding</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 13 ) filed by defendant is granted in part.  The continuance is limited to 60 days.  No further continuances without a hearing.  Final Pretrial is rescheduled to August 25, 2011 at 2:30; Trial is continued to the two-week period beginning September 7, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date: June 9, 2011

cc:   Debra M. Walsh, AUSA
      Richard F. Monteith, Jr., Esq.
      U.S. Marshal
      U.S. Probation